U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R00768)

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 0 9 2016

James N. Hatten, Clerk
By: _____ Deputy Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

COUNTY NAME: Fulton

DISTRICT COURT NO. **1:16CR65**

UNDER SEAL

MAGISTRATE CASE NO.

X Indictment   Information   Magistrate's Complaint
DATE: February 9, 2016   DATE:   DATE:

UNITED STATES OF AMERICA
vs.
NATHAN E. HARDWICK IV

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: David M. Chaiken
Defense Attorney: