U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 09 2016

James ~~~~~, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Nathan E. Hardwick IV

**Agent to Arrest**

Indictment/Information

**1:16 CR 65**

UNDER SEAL

ISSUED AND DELIVERED TO U.S. MARSHAL
2/10/16
BY: _____ DEPUTY CLERK

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

David M. Chaiken
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
    Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94