✎ AO 470  (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

**FILED IN OPEN COURT**
**U.S.D.C. - Atlanta**

NORTHERN      District of      GEORGIA **FEB 2 2 2016**

**JAMES N. HATTEN, Clerk**
By:
‚ ․․․․‧      **Deputy Clerk**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>V. | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT** |

NATHAN E. HARDWICK, IV
*Defendant*

Case Number:  1:16-CR-65

Upon motion of the _____ U. S. GOVERNMENT _____ , it is ORDERED that a

detention hearing is set _____ 2/25/16 _____ * at _____ 9:00 a.m. _____
                              *Date*                                                     *Time*

before _____ JUSTIN S. ANAND _____
                                      *Name of Judicial Officer*

Courtroom 1875  U. S. Courthouse,  75 Ted Turner Drive, S.W.  Atlanta, GA 30303
                                    *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
                   *Other Custodial Official*

Date: _____ 2 - 2 2 - 1 6 _____      _____
                                                                   *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.