FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 2 3 2016

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action No. 1:16-CR-65 |
| ) | |
| NATHAN E. HARDWICK, IV ) | |
| AND ASHA R. MAURYA ) | |

## MOTION FOR PSYCHIATRIC EVALUATION OF DEFENDANT

The Government has sought detention of Defendant Nathan E. Hardwick, IV on the basis set forth in their Motion for Detention filed February 22, 2016 claiming that Mr. Hardwick is suicidal. The Defendant denies he is suicidal and in order to confront this baseless assertion, he requests that he be psychiatrically examined. Mr. Hardwick has sought counselling in the past from Dr. Matthew Norman of Psychiatric Associates of Atlanta and Defendant requests that Dr. Norman be allowed to perform a psychiatric evaluation tomorrow morning, Wednesday, February 24, 2016 to bring his psychiatric evaluation of Mr. Hardwick current.

For this reason, it is necessary that Dr. Norman be allowed to conduct a psychiatric evaluation of Mr. Hardwick. It is the Defendant's intention to call Dr. Norman as a witness on behalf of Mr. Hardwick.

For the foregoing reasons, Defendant Hardwick's Motion to allow Dr. Norman to examine should be GRANTED.

Respectfully submitted, this 23rd day of February, 2016.

                GARLAND, SAMUEL & LOEB, P.C.

                _____
                Edward T.M. Garland
                Ga. State Bar No. 284900

                _____
                Donald F. Samuel
                Ga. State Bar No. 624475

                _____
                John A. Garland
                Ga. State Bar No. 141226

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
404/262-2225
jag@gsllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Action No. 1:16-CR-65 |
| | ) |
| NATHAN E. HARDWICK, IV | ) |
| AND ASHA R. MAURYA | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2016, I electronically filed **MOTION FOR PSYCHIATRIC EVALUATION OF DEFENDANT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys and parties of record.

*/s/ John A. Garland*

_____
JOHN A. GARLAND

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Criminal Action No. 1:16-CR-65 |
| NATHAN E. HARDWICK, IV AND ASHA R. MAURYA | ) |

## ORDER FOR CONTACT VISIT WITH DEFENDANT

The Defendant having demonstrated a need to have a psychiatric evaluation of the Defendant conducted at the Robert A. Deyton facility, it is hereby ORDERED that the Robert A. Deyton facility allow Dr. Matthew W. Norman, M.D. of Psychiatric Associates of Atlanta, to conduct a psychiatric evaluation of the above named Defendant at a date and time that is mutually agreeable with Dr. Norman and the Robert A. Deyton facility.

SO ORDERED, this the _____ day of _____, 2016.

_____
Honorable Justin S. Anand
United States Magistrate Judge
1868 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Prepared by:

Edward T.M. Garland, Esq.
Donald F. Samuel, Esq.
John A. Garland, Esq.
GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225