FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 2 3 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>vs. )<br><br>NATHAN E. HARDWICK, IV )<br>AND ASHA R. MAURYA ) | **Criminal Action No. 1:16-CR-65** |

### ORDER FOR CONTACT VISIT WITH DEFENDANT

The Defendant having demonstrated a need to have a psychiatric

evaluation of the Defendant conducted at the Robert A. Deyton facility, it is

hereby ORDERED that the Robert A. Deyton facility allow Dr. Matthew W.

Norman, M.D. of Psychiatric Associates of Atlanta, to conduct a psychiatric

evaluation of the above named Defendant at a date and time that is

mutually agreeable with Dr. Norman and the Robert A. Deyton facility.

SO ORDERED, this the 23rd day of February, 2016.

_____
Honorable Justin S. Anand
United States Magistrate Judge
1868 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309