IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | Criminal Action No. 1:16-CR-65 |
| NATHAN E. HARDWICK, IV ) | |
| AND ASHA R. MAURYA ) | |
| ) | |

**MEMORANDUM REGARDING CASH DEPOSIT**
**OF FUNDS FROM SURETY ALEX HARDWICK**

To: Mr. Peter Tran
From: Matthew D. Daley

As we discussed on the phone this afternoon, I am providing you a cashier's check in the amount of $100,000 drawn on the account of Mr. Alex Hardwick (check no. 919801263 dated March 2, 2016). This check represents funds provided by Mr. Alex Hardwick, acting as surety, as a condition of the bond of Defendant Nathan E. Hardwick, IV. These funds do not belong to the Defendant and thus are not subject to forfeiture. Upon disbursement, we ask that the funds be returned to:

Mr. Alex Hardwick
c/o Garland, Samuel & Loeb, PC
3151 Maple Drive
Atlanta, Georgia 30305.

Along with this memorandum and the check, I am providing a copy of the Appearance and Compliance Bond (Doc. 29) and the Magistrate's Criminal Minutes, (Doc. 27,) which make reference to the requirement that "Surety Alex Hardwick has

1

until 2 p.m. on Thursday [March 3, 2016] to deposit $100,000 into the registry of the Court." Finally, as we discussed, we will provide you with a W-9 signed by Mr. Alex Hardwick once we obtain it; Mr. Alex Hardwick currently is en route to his home in Florida.

Respectfully submitted,

_____ 3 March 2016
MATTHEW D. DALEY
Georgia Bar No. 328815
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, GA 30305
Phone: 404-262-2225
Fax: 404-365-5041
mdd@gsllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | Criminal Action No. 1:16-CR-65 |
| NATHAN E. HARDWICK, IV ) | |
| AND ASHA R. MAURYA ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing **Memorandum Regarding Cash Deposit of Funds from Surety Alex Hardwick** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 3rd day of March, 2016.

/s/ Matthew D. Daley
MATTHEW D. DALEY