FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 2 2016

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN E. HARDWICK IV AND<br>ASHA R. MAURYA | Criminal Action No.<br>1:16-CR-65-ELR |

**Order Authorizing Warrantless Arrest**

The United States has requested a standing order authorizing the U.S. Marshals Service to execute a warrantless arrest of <u>Defendant Nathan E. Hardwick IV</u> during the pendency of Defendant's pretrial release if certain conditions are met. Defendant having stated that he does not object to such an order, it is hereby ordered that:

For the duration of Defendant's term of pretrial release and continuing through trial of the above-captioned case, the U.S. Marshals Service is authorized to immediately execute or cause the execution of the arrest of Defendant

(1) upon notice from the U.S. Probation Office that Defendant is located within 100 yards of any public or private airport; or

(2) upon notice from the U.S. Probation Office that Defendant has removed or disabled or is attempting to remove or disable any location monitoring device assigned to him.

IT IS SO ORDERED, this 2nd day of March, 2016.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
David M. Chaiken, Assistant United States Attorney