# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cr-00065-ELR-CMS**
**USA v. Hardwick IV et al**
**Honorable Justin S Anand**

Minute Sheet for proceedings held In Chambers on 03/03/2016.

TIME COURT COMMENCED: 4:02 P.M.
TIME COURT CONCLUDED: 4:31 P.M.
TIME IN COURT: 00:29                 DEPUTY CLERK: B. Graves
OFFICE LOCATION: Atlanta

DEFENDANT(S):         [1]Nathan E. Hardwick IV NOT Present at proceedings

ATTORNEY(S)           David Chaiken representing USA
PRESENT:              Edward Garland representing Nathan E. Hardwick IV
                      John Phillips representing USA

PROCEEDING            Telephone Conference(Pretrial Conference/Omnibus Hearing);
CATEGORY:

MINUTE TEXT:          The Court held a telephone conference regarding the security issued
                      for the bond. The Defendant will supply affidavit(s) to the
                      Government to establish the independent source of funds to pay the
                      mortgage on the Mississippi property that was offered as security.
                      After reviewing those affidavit(s), if the Government has a concern
                      to cross-exam the witness, it has leave to make that request. The
                      Court will hear that request after the provision of the affidavit(s).