IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>NATHAN E. HARDWICK IV AND<br>ASHA R. MAURYA | Criminal Action No.<br>1:16-CR-65-ELR-CMS |

**Unopposed Motion to Amend Defendant Hardwick's Conditions of Release**

The United States of America, by John A. Horn, United States Attorney, and David M. Chaiken and J. Russell Phillips, Assistant United States Attorneys for the Northern District of Georgia, respectfully files this Unopposed Motion to Amend Defendant Hardwick's Conditions of Release, showing the Court as follows:

1. The FBI arrested Defendant Hardwick on the above-captioned indictment on February 22, 2016.

2. Following detention and bond hearings, the Court entered a pretrial release order respecting Defendant Hardwick on March 1, 2016. (Doc. 28).

3. The Court's order did not include Condition No. 8(j), requiring the defendant to "avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution." (Doc. 28 at 2). The pretrial release order for co-defendant Maurya includes this condition. (Doc. 22 at 2).

4. The government believed that the standard condition had been ordered for Defendant Hardwick as well, but learned that it had not upon review of the pretrial release order.

5. 18 U.S.C. § 3142(c)(3) provides that "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release."

Accordingly, the government respectfully requests that the Court amend its pretrial release order for Defendant Hardwick as follows:

"Defendant Hardwick is to avoid all contact, directly or indirectly, with any person who is known to Defendant Hardwick to be a victim or a potential witness in the investigation or prosecution or who should be known to be a victim or a potential witness in the investigation or prosecution. Such persons include witnesses who may be called by Defendant Hardwick or Defendant Maurya as well as any witnesses who may be called by the government. Defendant Hardwick is permitted to have contact with the following friends and family members who may be witnesses at trial, outside of the presence of his counsel, provided that he does not discuss the investigation, prosecution, or underlying facts of the case with them:

> Kevin Andrews
> Larry Blair
> Bryan Carroll
> Bobbie Christian
> Alexander Hardwick
> Ann Hardwick
> Buddy Hardwick
> Debby Hardwick
> Natalie Hardwick
> Dustin Johnson
> Brad Little
> Julia Olivares
> Dr. Ted Smith
> Joel Weinbach

Defendant Hardwick may participate in meetings or discussions, in person or by phone, with any witness, provided that any such contacts take place with the presence of counsel of record for Defendant Hardwick. If a meeting or discussion between Defendant Hardwick and a witness or potential witness takes place in person, however, Defendant Hardwick's counsel of record must also attend in person."

The government has conferred with counsel for Defendant Hardwick and is authorized to represent that Defendant Hardwick does not oppose the requested relief.

## Conclusion

For the foregoing reasons, the government's Motion should be granted.

Respectfully submitted, this 6th day of April, 2016.

>JOHN A. HORN
>*United States Attorney*
>
>/s/DAVID M. CHAIKEN
>*Assistant United States Attorney*
>Georgia Bar No. 118618
>david.chaiken@usdoj.gov
>
>/s/J. RUSSELL PHILLIPS
>*Assistant United States Attorney*
>Georgia Bar No. 576335
>russell.phillips@usdoj.gov
>
>U.S. Courthouse & Federal Building
>75 Ted Turner Drive S.W., Suite 600
>Atlanta, Georgia 30303-3309
>Phone: (404) 581-6000
>Fax: (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record:

> Edward T.M. Garland, Esq.
> Donald F. Samuel, Esq.
> Garland, Samuel & Loeb P.C.
> 3151 Maple Drive N.E.
> Atlanta, GA 30305
> *Counsel to Defendant Hardwick*

> Page A. Pate, Esq.
> Jess B. Johnson, Esq.
> Pate & Johnson
> 101 Marietta Street, Suite 3300
> Atlanta, GA 30303
> *Counsel to Defendant Maurya*

April 6, 2016

/s/ DAVID M. CHAIKEN

DAVID M. CHAIKEN

*Assistant United States Attorney*