IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|        ) | |
| v.    ) | |
|        ) | Criminal Action No. 1:16-CR-65 |
| NATHAN E. HARDWICK, IV    ) | |
| AND ASHA R. MAURYA    ) | |
|        ) | |

**DEFENDANT HARDWICK'S UNOPPOSED MOTION
FOR ADDITIONAL TIME TO FILE MOTIONS AND
<u>CONTINUANCE OF PRETRIAL CONFERENCE</u>**

Pursuant to the Court's Order of April 14, 2016, (Doc. 54,) all pretrial motions in this case must be filed by June 1, 2016. Also, the Court has set a pretrial conference for June 7, 2016, at 9:30 a.m.

1.

The discovery in this case is voluminous. The government's production includes three external hard drives containing a total of 727 gigabytes of data (undersigned counsel understands that some of that data may be duplicative).

2.

This morning, May 25, 2016, undersigned counsel retrieved the third, and apparently final, external hard drive containing discovery materials from the United States Attorney's Office. The two other external hard drives were provided on March 7, 2016, and April 12, 2016. The government also provided, on April 20,

1

2016, a DVD containing the results of a forensic examination of a cell phone previously assigned to Defendant Hardwick. And on April 21, 2016, the government provided a CD containing bank records produced in response to a Rule 17(c) subpoena.

3.

The external hard drives contain a large volume of electronic data that was produced by the government in a manner that it believed would be sortable and searchable. Due to issues with software and operating system compatibility that have been experienced by counsel for Defendant Hardwick, counsel for Defendant Hardwick was not able to search the information and could only sort by Bates number (rather than by meaningful data fields such as date or author). Without the ability to search and sort the data, Defendant Hardwick and his counsel's review of the discovery materials would take an extremely long time.

4.

Defendant Hardwick and his counsel have been diligent in reviewing the contents of the DVD and CD provided.

5.

Undersigned counsel discussed the limitations of the data contained on the external hard drives with counsel for the government, and, as a result, the government agreed to provide additional electronic files aimed at bridging

undersigned counsel's software incompatibility issues.  Specifically, the government has included with the discovery provided today files that will render all information contained on the three hard drives searchable and sortable despite the undersigned counsel's earlier issues.

6.

In order to properly review the discovery materials, especially any items that may be subject to suppression, Defendant Hardwick respectfully requests an additional twenty days to file pretrial motions, making those motions due on or before June 21, 2016.  Defendant Hardwick also requests continuance of the pretrial conference until after the motions deadline.

7.

As an additional ground for his request, Defendant Hardwick notes that his lead counsel, Edward T.M. Garland, filed a leave of absence on March 9, 2016 – prior to the entry of the Order setting the pretrial hearing for June 7, 2016 – notifying the Court of his planned leave of absence for the time period from June 4, 2016, through and including June 18, 2016.  (Doc. 42.)

8.

Counsel for the government does not oppose the requested relief.  Counsel for Defendant Maurya has advised the undersigned that he joins in this request.

9.

Undersigned counsel further states that the requested continuance would constitute a delay that should be excluded from the Speedy Trial Act, because the requested continuance is based on good cause and is in the interests of justice, and granting this continuance outweighs the public's and the Defendants' rights to a speedy trial.

This 25th day of May, 2016.

                                                            RESPECTFULLY SUBMITTED,

                                                            **GARLAND, SAMUEL & LOEB, P.C.**

                                                            /s/ Matthew D. Daley
                                                            MATTHEW D. DALEY
                                                            Georgia Bar No. 328815
                                                            Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225
Fax:  404-365-5041
mdd@gsllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 1:16-CR-65 |
| NATHAN E. HARDWICK, IV ) | |
| AND ASHA R. MAURYA ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 25th day of May, 2016.

/s/ Matthew D. Daley
MATTHEW D. DALEY