IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN E. HARDWICK IV AND<br>ASHA R. MAURYA | Criminal Action No.<br>1:16-CR-65-ELR-CMS |

**MOTION TO WITHDRAW**
**AS ATTORNEY OF RECORD FOR THE UNITED STATES**

The United States of America, by John A. Horn, United States Attorney, and David M. Chaiken, Assistant United States Attorney for the Northern District of Georgia, respectfully files this Motion to Withdraw as Attorney of Record for the United States, showing the Court as follows:

1.

Assistant United States Attorney David M. Chaiken has accepted a position with a private law firm and will leave his employment with the U.S. Attorney's Office for the Northern District of Georgia on November 18, 2016.

2.

Assistant United States Attorney J. Russell Phillips will remain counsel of record for the United States in this case, and should continue to be noticed for all pleadings.

3.

The withdrawal of Assistant United States Attorney Chaiken will not delay or interrupt the orderly operation of the Court.

4.

Accordingly, the United States respectfully requests that the Court grant the Motion to Withdraw and enter the Proposed Order withdrawing Assistant United States Attorney David M. Chaiken as Counsel of Record for the United States in this case.

Respectfully submitted,

JOHN A. HORN
   *United States Attorney*

**/S/ DAVID M. CHAIKEN**
DAVID M. CHAIKEN
   *Assistant United States Attorney*
Georgia Bar No. 118618
david.chaiken@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404.581.6000 (t)
404.581.6181 (f)

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 14, 2016

                                        **/s/ DAVID M. CHAIKEN**
                                        DAVID M. CHAIKEN
                                        *Assistant United States Attorney*