IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | 01:16-cr-00065-ELR-CMS-1 |
| | * | |
| NATHAN E. HARDWICK, IV, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Catherine M. Salinas [Doc. 98]. Judge Salinas recommends that Defendant's Motion for Severance [Doc. 60] and Particularized Motion for Severance [Doc. 73] (collectively the "Motion to Sever") be denied. Additionally, Judge Salinas recommends that Defendant's unopposed Motion for Additional Time [Doc. 86] be granted, thus allowing Defendant until April 14, 2017 to advise the Court of experts to be called at trial.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been

filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 98] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's Motion to Sever [Docs. 60 and 73] and **GRANTS** Defendant's Motion for Additional Time [Doc. 86], thus allowing Defendant until April 14, 2017 to advise the Court of any experts he plans to call at trial.

**SO ORDERED**, this 4th day of January, 2017.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

2